UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| DENISE R. YONETANI, | ) |
| Plaintiff, | ) |
| | ) 2:24-CV-00188-DCLC-CRW |
| v. | ) |
| | ) |
| ADVANCED CALL CENTER TECHNOLOGIES JOHNSON CITY and BANK OF AMERICA CORPORATION, | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 5]. Pursuant to 28 U.S.C. § 1915, the magistrate judge recommends that Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] be denied and that the case be dismissed without prejudice for failure to prosecute. Plaintiff did not file any objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the magistrate judge properly analyzed the issues presented. For the reasons set out in the R&R, it is hereby **ORDERED** that the R&R [Doc. 5] is **ADOPTED**. Accordingly, Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).